UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

          Plaintiff,

   v.

BRENDA M. CASH, Warden, et al.,

          Defendants.

Case No. C 14-01480 KAW (PR)

ORDER OF DISMISSAL

On March 31, 2014, Plaintiff, an inmate at California State Prison ("CSP"), Sacramento, filed a complaint alleging constitutional violations against Defendants at CSP Sacramento. The Clerk of the Court opened a case file, and sent a notice to Plaintiff advising him that he had not filed a completed application to proceed in forma pauperis ("IFP"), and cautioned that the action would be dismissed if he did not submit a completed IFP application within twenty-eight days.

On April 15 and April 24, 2014, Plaintiff sent letters to the Court stating that he did not intend to commence an action, but that his counselor "negligently" filed the complaint on his behalf. He requests the court "redack" all "filing and fees."

In light of Plaintiff's explanation that he did not intend to file this complaint, this action is DISMISSED because it was opened in error. No filing fee is due. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 5/9/14

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE